IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CHRISTI MICHELLE OCHOA, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:21-CV-00764-CAN |
| v. | § | |
| | § | |
| COMMISSIONER, SSA, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM OPINION AND ORDER

The Court, having reviewed Plaintiff Christi Michelle Ochoa's Motion and Memorandum for Attorney's Fees Pursuant to the Equal Access to Justice Act [Dkt. 24] and the Commissioner's Response [Dkt. 27], wherein the Commissioner does not object to the requested attorney's fees, finds that Plaintiff's Motion is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff Christi Michelle Ochoa's Motion and Memorandum for Attorney's Fees Pursuant to the Equal Access to Justice Act [Dkt. 24] is **GRANTED**, and the Commissioner is directed to pay six thousand two hundred and one dollar and three cents ($6,201.03) in attorney's fees. Payment shall be made payable to Plaintiff and mailed to Plaintiff's counsel of record.

**IT IS SO ORDERED**.
SIGNED this 15th day of December, 2022.

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE